NOT FOR PUBLICATION                                          CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

|  |  |  |
|---|---|---|
| | : | |
| | : | Hon. Dennis M. Cavanaugh |
| ULTIMATE SERVICES, INC., | : | |
| | : | **FINAL JUDGMENT BY DEFAULT** |
| Plaintiff, | : | **AGAINST JORGE QUEZADA** |
| | : | |
| v. | : | Civil Action No. 06-4112 (DMC) |
| | : | |
| JORGE   QUEZADA,  a/k/a   JORGE | : | |
| QUESADA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____  :

This matter having come before the Court on Plaintiff's application pursuant to Fed. R.

Civ. P. 55(a) for entry of final judgment by default against Defendant Jorge Quezada for failure

to answer or otherwise appear, and Defendant having been served with a summons and complaint

in this case on October 26, 2006, and Defendant having failed to appear, answer or otherwise

move within the time allowed by the Federal Rules of Civil Procedure, and default having been

entered against Defendant on January 25, 2007, and Defendant not being an infant, incompetent

person or a person in the military service of the United States of America, and Plaintiff having

filed a declaration of Barry Golub setting forth a particular statement of the items of Plaintiff's

claim, and the amount due; and for good cause appearing,

IT IS on this _____ day of April, 2007;

**ORDERED** that final judgment in the sum of $515,559.83, with costs in favor of

Plaintiff Ultimate Services, Inc. and against Defendant Jorge Quezada a/k/a Jorge Quesada.


                                         s/Dennis M. Cavanaugh

   April 27, 2007

                                        Dennis M. Cavanaugh, U.S.D.J.


Original:    Clerk's Office
cc:           All counsel of record